UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

XL SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                                 Case No. 3:17cv399-RV-CJK

PAYROLL MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 26, 2018 (doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's pleadings, including its counterclaim, (doc. 4) are **STRICKEN**, as an appropriate, and, on the facts of this case, proportional sanction.

**DONE AND ORDERED** this 2nd day of April, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**